UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELESTE REYES, *individually and on behalf of a class of other similarly situated individuals*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AGAINST ALL ODDS, LLC,<br><br>　　　　　　　　　　　Defendant. | Civil Action No.: 25-14263 (JXN)(MAH)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon the Report and Recommendation ("R&R") dated October 29, 2025, by Magistrate Judge Michael A. Hammer ("Judge Hammer") (ECF No. 13), recommending that Plaintiff Celeste Reyes's ("Plaintiff") motion to remand this matter to state court, pursuant to 28 U.S.C. § 1447(c), (ECF No. 78), be granted; and the parties having been advised that, pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(2), and L. Civ. R. 72.1(c)(2), they may file and serve objections within fourteen (14) days after receiving a copy of Judge Hammer's R&R; and no objections to the R&R have been received, and the time for objections has expired; and the Court has reviewed the reasons set forth in Judge Hammer's R&R, and for good cause shown,

**IT IS** on this 18th day of November 2025,

**ORDERED** that Judge Hammer's R&R dated October 29, 2025, (ECF No. 13), is **ADOPTED** as the conclusions of law of this Court, and Plaintiff's motion to remand to the Superior Court of New Jersey, Law Division, Bergen County (ECF No. 7), is **GRANTED**; it is further

**ORDERED** that this action is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Bergen County; and it is further

**ORDERED** that the Clerk is directed to **CLOSE** this case.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge